# PELTON & ASSOCIATES PC

ATTORNEYS AT LAW

111 BROADWAY, SUITE 1503, NEW YORK, NY 10006
PHONE: (212) 385-9700 | FAX: (212) 385-0800 | WEBSITE: www.peltonlaw.com

**BRENT E. PELTON**    JANUARY 8, 2016
E-MAIL: pelton@peltonlaw.com

<u>**VIA ECF**</u>

Hon. Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Room 1217
Brooklyn, New York 11201

Re:   *Morales, et al. v. 1305 Food Corp., et al.*
      Civil Action No. 15 Civ. 4553 (ARR) (SMG)

Dear Judge Gold:

This office represents the plaintiff in the above-referenced action. Pursuant to Your Honor's direction at the November 25, 2015 Initial Conference and Minute Entry entered on November 30, 2015 (Dkt. No. 14), we hereby submit the parties' agreed-to Notice of Lawsuit With Opportunity to Join ("Notice").[1] While the Defendants have consented to mailing of the Notice to the collective action members, the parties are in the process of finalizing a stipulation with regard to the details of dissemination of the Notice. Accordingly, we hereby respectfully request until Friday, January 15, 2016 to submit for Your Honor's review and approval a Stipulation and Proposed Order Conditionally Certifying a FLSA Collective Action and Authorizing Notice to Be Issued to All Persons Similarly Situated.

We appreciate your attention to this matter. Should you have any questions regarding this submission, please feel free to contact the undersigned.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON & ASSOCIATES PC

Encl.
cc:   All Counsel (via ECF)

---

[1] The parties anticipate that the Notice documents will be mailed in both English and Spanish, with the Spanish translation completed after the Court's approval of the documents.